# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **FREDDI EUGENE** CASEY**,** | ) Case No. 7:15CV00689 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) By: Robert S. Ballou |
| **HAROLD W**. CLARKE**, ET AL.,** | ) United States Magistrate Judge |
| Defendant(s). | ) |

Counsel for a group of defendants who have waived service of process in this action informs the court that she cannot waive service without further information about defendants Meade, Messer, and Gibson. Plaintiff states that officers with these last names guarded him during the hospitalization that is at issue in this lawsuit. The court construes plaintiff's response as a request for limited discovery. Finding good cause, it is now **ORDERED** that defendants currently before the court **SHALL**, within 10 days from entry of this order, provide to the court and the plaintiff the full names of the officers named Meade, Messer, and Gibson, who were assigned to guard plaintiff during some time period(s) when he was hospitalized at Mountain View Hospital in Norton, Virginia, between November 26 and December 2, 2014; and, if these individuals are no longer employed by the Virginia Department of Corrections, to provide to the court, under seal, the last known address for each of these individuals.

The Clerk is directed to send a copy of this order to the plaintiff and to counsel of record for the defendants.

Enter: March 8, 2016

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge